IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)
THERESA NICOLLS

Civil Case #  1:21-cv-00144

**SHORT FORM COMPLAINT**

COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213).  Plaintiff(s) further show the court as follows:

1. Plaintiff/Deceased Party:

   Theresa Nicolls

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4.  Plaintiff's/Deceased Party's state of residence at the time of implant:

   CA

1

5.  Plaintiff's/Deceased Party's state of residence at the time of injury:

CA

6.  Plaintiff's/Deceased Party's current state of residence:

CA

7.  District Court and Division in which venue would be proper absent direct filing:

USDC for the Eastern District of California

8.  Defendants (Check Defendants against whom Complaint is made):

  ☒    Cook Incorporated

  ☒    Cook Medical LLC

  ☒    William Cook Europe ApS

9.  Basis of Jurisdiction:

  ☒    Diversity of Citizenship

  ☐    Other: _____

  a.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

6-21

  b.  Other allegations of jurisdiction and venue:

N/A

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

  ☒    Günther Tulip® Vena Cava Filter

  ☐    Cook Celect® Vena Cava Filter

2

☐   Gunther Tulip Mreye

☐   Cook Celect Platinum

☐   Other:

_____

11. Date of Implantation as to each product:

3/12/2010 _____

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

Kaiser Foundation Hospitals – MOD Hospital, Modesto, CA _____

_____

13. Implanting Physician(s):

Shalin J Amin, MD _____

_____

14. Counts in the Master Complaint brought by Plaintiff(s):

☒   Count I:      Strict Products Liability – Failure to Warn

☒   Count II:     Strict Products Liability – Design Defect

☒   Count III:    Negligence

☒   Count IV:     Negligence Per Se

☒   Count V:      Breach of Express Warranty

☒   Count VI:     Breach of Implied Warranty

☒   Count VII:    Violations of Applicable __CA__ (insert   State)   Law

Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐   Count VIII:   Loss of Consortium

3

☐    Count IX:    Wrongful Death

☐    Count X:    Survival

☒    Count XI:    Punitive Damages

☐    Other:    _____ (please state the facts supporting

this Count in the space, immediately below)

_____

_____

_____

15. Attorney for Plaintiff(s):

David P. Matthews_____

16. Address and bar information for Attorney for Plaintiff(s):

2905 Sackett St., Houston, Texas 77098_____

David P. Matthews, Texas Bar No. 13206200_____

_____

Respectfully submitted,

**Matthews & Associates**

*s/ David P. Matthews*_____
David P. Matthews, Bar No. 13206200
2905 Sackett Street
Houston, TX 77098
Telephone:  (713) 522-5250
Facsimile:  (713) 535-7184
matthewsivc@thematthewslawfirm.com
lsantiago@thematthewslawfirm.com

*Lead Counsel for Plaintiff*

4

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2021, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*s/ David P. Matthews*